## SHEVLIN-MATHIEU LUMBER COMPANY v. RAINY LAKE RIVER BOOM CORPORATION.[2]

July 28, 1911.

Nos. 17,159—(183).

**Case followed.**

Action in the district court for Beltrami county to recover possession of cer-

---

[1] Reported in 131 N. W. 1086.            [2] Reported in 132 N. W. 263.

tain pine saw logs or in case return of the property could not be had, for $7,500. The pleadings are substantially the same as in the Namakan case. The case was tried before Wright, J., who made findings of fact and as conclusion of law found that at the time of commencement of the action plaintiff was entitled to possession of the logs and that they were unlawfully detained by defendant, which was not entitled to any lien. From the judgment entered pursuant to the findings, defendant appealed. Affirmed.

Charles Loring and Dodge & Tautges, for appellant.

R. J. Powell and C. J. Rockwood, for respondent.

PER CURIAM.

The opinion filed in Namakan Lumber Company v. Rainy Lake River Boom Corp., supra, page 296, 131 N. W. 259, applies to this case. For the reasons there stated, the judgment herein is affirmed.